GREEN v. LaPORTE COUNTY SUPERIOR COURT, MICHIGAN CITY.

[No. 28,810. Filed June 11, 1951.]

*Alexander L. Green, pro se.*

PER CURIAM.—The petitioner herein, by his unverified petition, seeks an alternative writ of mandate to compel the LaPorte County Superior Court to hear an alleged petition for writ of habeas corpus which petitioner alleges is now pending in said court.

Petition for writ of mandate is denied on authority of *Wilson* v. *LaPorte County Superior Court* (1951), 229 Ind. 307, 96 N. E. 2d 879; and *State ex rel. Spires* v. *Bottorff, Judge* (1949), 227 Ind. 229, 84 N. E. 2d 882.

NOTE.—Reported in 99 N. E. 2d 106.